KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.
SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215

(202) 326-7900

FACSIMILE:
(202) 326-7999

September 11, 2023

*Via ECF*

Hon. Lisa G. Beckerman
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

      Re:    *AJ Ruiz Consultoria Empresarial S.A. v. Banco Bilbao Vizcaya Argentaria, S.A., et al.*, Case No. 21-ap-01213-LGB (Bankr. S.D.N.Y.); *AJ Ruiz Consultoria Empresarial S.A. v. Bank of China Limited, et al.*, Case No. 21-ap-01216-LGB (Bankr. S.D.N.Y.)

Dear Judge Beckerman:

      I write regarding Plaintiff's Motion for Issuance of Letter of Request, ECF No. 57, to which Defendants filed a limited opposition, ECF No. 61.[1] Plaintiff and the Participating Defendants met and conferred after the August 31, 2023 conference.[2] They have reached agreement on the attached joint Letter of Request, which they respectfully ask the Court to issue.

      The parties have no other matters to raise with the Court at this time but remain available to attend the conference scheduled for Thursday, September 14, 2023 if it would assist the Court.

---

[1] Docket citations refer to No. 21-ap-01213-LGB (Bankr. S.D.N.Y.).
[2] The Participating Defendants are Dexia Crédit Local SA, Dexia Crédit Local SA, New York Branch, Banco Bilbao Vizcaya Argentaria, S.A., Banco Bilbao Vizcaya Argentaria, S.A., Grand Cayman Branch, Caterpillar Financial Services Corporation, Crédit Industriel et Commercial, Deutsche Bank AG, London Branch, Deutsche Bank Trust Company Americas, Hamburg Commercial Bank AG, Intesa Sanpaolo, S.p.A., New York Branch, Itaú BBA International plc, Mizuho Bank, Ltd., Shinhan Bank, Standard Chartered Bank, UniCredit Bank AG, Portigon AG, New York Branch, Mitsubishi Corporation, MS Drillship I S.A., Mitsubishi HC Capital America Inc. f/k/a Mitsubishi UFJ Lease & Finance (U.SA.) Inc., and Nomura Corporate Funding Americas, LLC.

Respectfully submitted,

*/s/ Andrew E. Goldsmith*
Andrew E. Goldsmith
Derek T. Ho
Andrew M. Hetherington
KELLOGG, HANSEN, TODD,
 FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900
agoldsmith@kellogghansen.com
dho@kellogghansen.com
ahetherington@kellogghansen.com

*Attorneys for Plaintiff*